**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Antonia Lerner

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Citi Group

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

2016 MAR 21 P 1: 33
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
CLERK

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _____ Antonia Lerner

Street Address _____ 2536 east 64 Street

City and County _____ Brooklyn

State and Zip Code ___ NY _____ 11234

Telephone Number ___ 917-968-9448

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name _____ CitiGroup

Job or Title _____ 480 Washington Blvd
(if known)

Street Address _____ Jersey City

City and County _____ NJ ___ 07310

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 2

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

3

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## C.     Place of Employment

The address at which I sought employment or was employed by the defendant(s)
is:

Name     *CitiGroup*

Street Address     *480 Washington Blvd*

City and County     *Jersey City , NJ 07310*

State and Zip Code

Telephone Number     *813- 604- 6656*

4

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:
     N J.S.A   10:54 / N.J.S. A   10:5 - 12

☐    Relevant city or county law *(specify, if known)*:
     N.J.S. A   10:5 - 4.1 /   N.J.S.A   10:5 - 29.1

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

5

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☑ Failure to hire me.

☑ Termination of my employment.

☐ Failure to promote me.

☑ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☑ Retaliation.

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

Dec 2014 - May - 2015

C.  I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race _____

☐ color _____

☑ gender/sex _____

☐ religion _____

☐ national origin _____

☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☑ disability or perceived disability *(specify disability)*
I was on LTD. suffering Post-Partum
from a multiple (twins) pregnancy. I suffered
stress, PTSD, anxiety and was in
therapy hoping to get better to return
back to a career of 16 years

6

E.    The facts of my case are as follows. Attach additional pages if needed.

I went on disability after my maternity leave expired. I was immediatly approved for LTD. LTD was due to expire on Feb 2015. My year of leave would be Feb 2015 as well. As per employee handbook I would need to come back

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

April 22, 2015

B.    The Equal Employment Opportunity Commission *(check one)*:



☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*

Feb 24, 2016 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

7

cont pg#6

before year to ensure job security. I started Calling my company in Dec & Jan advising that I was planning on coming back. I didn't want to lose a 16-yr career.

<u>Before</u> my year was up, they refused to take me back saying that my job was given to a consultant. I advised that as per employee handbook - my job-position was guaranteed or they would have to give me a new one. (attached snippet of handbook)

I repeatedly called and emailed stating that I didn't want to lose my job and asked for work accomodation for my disabilty so that I can continue my therapy as well as work.

No one responded to my calls or emails. I called daily. I started to suffer even more anxiety & depression.

I threatened to go to EEOC & the media to tell my story to New york Times. They asked me not to do that but still didn't give me my job or return calls for assistance.

they let me go in Febuary of 2015. officail

I was in shock. They would give me tools & resources to find on internal new job. They didn't. I couldn't login as my passcode was blocked for job search. I told them this but they ignored me.

March 2014 they called me & said Don't file EEOC we will give you back your job. I immediatly started crying & was happy to have my job back.

May 2015 - they laid me off again.

Also due to same excuse.

They took me back bec they had full intention of firing me again bec they didn't wat me to go to media & EEOC.

May-2015 I was still unable to login to look for jobs as my passwords still blocked. I tried calling HR & Help Desk but no one called me back - They ignored me. I applied to a position but no one called. I made extra effort to get a job but they further blacklisted me by blocking all access & not responding to emails or calls.

-continued.

I tried to call & explain that as per employee handbook that I came back before my year was up. They kept saying "NOPE" "NOPE" I told them that they are violating my rights and for 16 yrs I never took a leave & had great ratings.

No one called back ~~to~~ or responded to emails.

My civil rights have been violated. As a result of this disability discrimination, I have suffered additionally to my depression anxiety & PTSD. I'm currently on medication and am in intensive psychotherapy.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am looking to sue CitiGroup for monetary damages against me. I have and am suffering more so on my disabilty. My amount being requested is $1 150 million for violating my rights, pain and suffering and my inabilty to live healthy

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-21 , 2016.

Signature of Plaintiff    _____

Printed Name of Plaintiff    Antonia Lerner

8

**B.      For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

9